ELIZA J. BEAUDET et al., Appellants, *v.* EMMA L. JACOB, Respondent, Impleaded with Others.

*Beaudet* v. *Jacob,* 129 App. Div. 904, affirmed.
(Argued May 19, 1910; decided June 7, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to have a certain deed of real property declared void and for a reconveyance and an accounting of profits.

*Gilbert W. Minor* for appellants.

*Arthur S. Hamlin* and *Graham Sumner* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

RICHARD DELAFIELD et al., Respondents, *v.* THE J. K. ARMSBY COMPANY, Appellant.

*Delafield* v. *Armsby Co.,* 131 App. Div. 572, affirmed.
(Argued May 20, 1910; decided June 7, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Messmore Kendall* for appellant.

*William B. Ellison* and *Arnold L. Davis* for respondents.

Judgment affirmed, with costs, on opinion of INGRAHAM, J., below.
Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.